**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 12-10114-KKS |
| TATIANA S. BARR, | CHAPTER 13 |
| a/k/a Tatiana Shesternina Barr, | |
|      Debtor. | |
| _____/ | |

**DEBTOR'S NOTICE OF FILING AUTHORITY IN**
**SUPPORT OF RESPONSE TO STAY RELIEF MOTION FILED BY**
**SUNTRUST BANK, N.A. REGARDING 2011 VOLKSWAGEN ROUTAN (DOC 125)**

The Debtor, Tatiana S. Barr, gives notice of filing the attached opinion, *Green Tree Acceptance Inc. v. Hoggle (In re Hoggle)* 12 F. 3rd 1008 (11 Cir. 1994), in support of the previously filed Response to the Motion for Relief from Stay.

Dated November 5, 2013.

/s/ Sharon T. Sperling
Sharon T. Sperling
Florida Bar No. 0763489
Attorney for Debtor
P.O. Box 358000
Gainesville, FL 32635-8000
(352) 377-6324
(352) 371-3117 facsimile
sharon@sharonsperling.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished by electronic or United States Mail to the parties listed below on November 5, 2013.

/s/ Sharon T. Sperling
Sharon T. Sperling

| | |
|---|---|
| Leigh D. Hart, Esquire | Nicole Mariani Noel, Esquire |
| P.O. Box 646 | Kass Shuler, P.A. |
| Tallahassee, FL 32302 | P.O. Box 800 |
| | Tampa, FL 33601 |